1  STEPHANIE S. CHRISTENSEN
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM
4  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
5  MICHAEL K. MARRIOTT, CSBN 280890
6  Special Assistant United States Attorney
7         Social Security Administration
           160 Spear Street, Suite 800
8          San Francisco, CA 94105-1545
9          Telephone: (415) 977-8985
           Facsimile: (415) 744-0134
10         Email: Michael.Marriott@ssa.gov
11 Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
04/11/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: GR DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HUNTER C. CHAMBERS, | ) Case No. 5:22-cv-01897-KS |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] |
|  | ) **JUDGMENT OF REMAND** |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the parties' Stipulation.

DATED: April 11, 2023      /s/ Karen L. Stevenson
                            HON. KAREN L. STEVENSON
                            UNITED STATES MAGISTRATE JUDGE