UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| HUNTER C. CHAMBERS,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | NO. EDCV 22-1897-KS<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of Five Thousand One Hundred Dollars and 00/100 ($5,100.00) and zero costs ($0.00), subject to the terms of the Stipulation.

DATE: April 19, 2023       /s/ Karen L. Stevenson
                                       HON. KAREN L. STEVENSON
                                       CHIEF MAGISTRATE JUDGE